**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| T.M. AND BRENDA TINKHAM | : | No. 525 EAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JANSSEN PHARMACEUTICALS | : | |
| INC.;JOHNSON & JOHNSON; JANSSEN | : | |
| RESEARCH & DEVELOPMENT, LLC; AND | : | |
| EXCERPTA MEDICA, INC.;AND ELSEVIER | : | |
| INC. | : | |
| | : | |
| | : | |
| PETITION OF: JANSSEN | : | |
| PHARMACEUTICALS INC., JOHNSON & | : | |
| JOHNSON; JANSSEN RESEARCH | : | |
| DEVELOPMENT, LLC | : | |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.